DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31
3 OCTOBER 2013

| 314P13 | In the Matter of the Foreclosure of a Deed of Trust Executed by Victor Radisi and Elizabeth Anne Radisi in the Original Amount of $395,200.00 Dated April 21, 2006, Recorded in Book 1745, Page 365, Iredell County Registry Substitute Trustee Services, Inc., Substitute Trustee | Petitioners Radisi's *Pro Se* PDR (COA13-74) | Denied |
|--------|--------|--------|--------|
| 317P13 | State v. Robert Gene Bailey | Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA12-1516) | Denied |
| 323P13 | State v. Tyler James Storm | Def's PDR Under N.C.G.S. §7A-31 (COA12-1498) | Denied |
| 324P13 | State v. Jamie Ray Spake | Defendant-Appellant's PDR Under N.C.G.S. § 7A-31 (COA12-1451) | Denied |
| 326P13 | State v. Clifton Earl Williams | Def's PDR Under N.C.G.S. § 7A-31 (COA12-1337) | Denied |
| 328P13 | State v. Robert Hines | Def's PDR Under N.C.G.S. § 7A-31 (COA13-50) | Denied |
| 337P13 | Catherine Mack, Individually, and Jacatherine McLaughlin, a minor child, by and through her Guardian ad Litem, Catherine Mack v. The Board of Education of the Public Schools of Robeson County | 1. Plts' NOA Based Upon a Constitutional Question (COA13-51)<br><br>2. Plts' PDR Under N.C.G.S. § 7A-31 (COA13-51) | 1. Dismissed *Ex Mero Motu*<br><br>2. Denied |